In the Matter of IRA FINK, Appellant, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued September 30, 1937; decided October 19, 1937.

*Arthur G. Syran* for appellant.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri, Paxton Blair* and *Robert H. Schaffer* of counsel), for respondents.

Order of Appellate Division and that of the Special Term reversed, and a peremptory order of mandamus compelling re-examination in accordance with *Matter of Fink* v. *Finegan* (270 N. Y. 356) and *Matter of Sloat* v. *Board of Examiners* (274 N. Y. 367), granted, with costs to the appellant in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.